# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BROWN, | : |
|     Plaintiff | :   CIVIL ACTION NO. 3:14-0100 |
| v. | :   (JUDGE MANNION) |
| CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security, | :<br><br>: |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the objections of the Commissioner, **(Doc. 19)**, are **OVERRULED**;

**(2)** the report of Judge Cohn, **(Doc. 18)**, is **ADOPTED**;

**(3)** the decision of the Commissioner is **VACATED**;

**(4)** the instant action is **REMANDED** to the Commissioner for further proceedings; and

**(5)** the Clerk of Court shall **MARK THIS CASE CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 23, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0100-01-ORDER.wpd